**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CUSTODIO ESPINOSA, | ) Case No. CV 19-9164-SVW (JPR) |
| Petitioner, | )<br>) |
| v. | ) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE |
| RAYMOND MADDEN, Warden, | ) |
| Respondent. | )<br>) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.

No objections to the R. & R. have been filed, and Petitioner's state-court case remains pending.  See Cal. App. Cts. Case Info., https://appellatecases.courtinfo.ca.gov/ (search for "Custodio" with "Espinosa" in Second App. Dist.) (last visited Sept. 16, 2020) (noting that on Aug. 11, 2020, Petitioner's judgment was vacated and his case remanded to trial court for further proceedings).  Thus, as the Magistrate Judge found (R. & R. at 3-6), Younger abstention is appropriate.

The Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE IS ORDERED that Petitioner's

1 | motion for leave to file an amended petition is DENIED,

2 | Respondent's motion to dismiss is GRANTED, and judgment be

3 | entered dismissing the Petition without prejudice.

4 |

5 | DATED:   July 27, 2021

STEPHEN V. WILSON
6 | U.S. DISTRICT JUDGE

2