JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUSTODIO ESPINOSA,<br><br>           Petitioner,<br><br>      v.<br><br>RAYMOND MADDEN, Warden,<br><br>           Respondent. | Case No. CV 19-9164-SVW (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 27, 2021

*[signature]*
STEPHEN V. WILSON
U.S. DISTRICT JUDGE